**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Tyson Terrill ROBBINS, Defendant–
Appellant.**

No. 01–7264.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 12, 2001.

Tyson Terrill Robbins, pro se. Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, NC, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Tyson Terrill Robbins seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West

Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Robbins' motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Robbins,* Nos. CR–94–170; CA–01–211–3 (W.D.N.C. May 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*